IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02353-WYD-MEH

MALIBU MEDIA, LLC,

   Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 107.2.163.79,

   Defendant.

---

## ORDER OF DISMISSAL

---

   In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal with

Prejudice of John Doe filed November 1, 2013 (ECF No. 15), it is

   ORDERED that Defendant John Doe is **DISMISSED WITH PREJUDICE**

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and this case is terminated.

   Dated:  November 1, 2013

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Senior United States District Judge